## EUREKA COAL COMPANY
### v.
### JAMES POWERS.

AGREEMENT MUST BE MADE PART OF RECORD.—An agreement between counsel must be made a part of the record by a proper bill of exceptions.

ERROR to the County Court of Will county; the Hon. BENJAMIN OLIN, Judge, presiding. Opinion filed May 31, 1882.

Mr. FREDERIC ULLMAN, for plaintiff in error.

PER CURIAM. In this case it is claimed by counsel that

this court treated a similar agreement as the one in question in the case of McKenney v. The Wilmington Star Mining Co. 7 Bradwell, 390, as being part of the record. We did so treat the agreement in that case because it was made so by a bill of exceptions duly signed by the judge, but in this case there is no bill of exceptions and the agreement is no part of the record. The fact that the supposed agreement states that it is to be made a part of the record, can make no difference. It is no part of the record unless made so by proper bill of exceptions, without which we can not judicially know that it exists.

The motion for a rehearing is denied.